McGREGOR W. SCOTT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  20-MJ-00184-AC |
| Plaintiff, | STIPULATION REGARDING CONTINUED DETENTION HEARING AND ORDER |
| v. | |
| YORK CURTIS SWYGERT, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a detention hearing on December 10, 2020.

2.      By this stipulation, defendant now moves to continue the detention hearing until December 11, 2020, due to a continued need for Pretrial Services to interview the defendant.

3.      The parties agree and stipulate, and request that the Court find that, good cause exists under 18 U.S.C. § 3142(f)(2) to continue the detention hearing.

//

//

//

1

4.      The government does not object to the continuance.

IT IS SO STIPULATED.


Dated:  December 10, 2020                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ DENISE N. YASINOW
                                            DENISE N. YASINOW
                                            Assistant United States Attorney


Dated:  December 10, 2020                    /s/ Linda Allison
                                            Linda Allison
                                            Assistant Federal Public
                                            Defender
                                            Counsel for Defendant
                                            York Curtis Swygert




IT IS SO FOUND AND ORDERED this 11th day of December, 2020.


                                            _____
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE